CC:

30,402-14
RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 24 2015
Abel Acosta, Clerk

TO: The Honorable, Abel Acosta,
Clerk OF The Court OF
Criminal Appeals,
~~An~~ P.O. Box 12308
Austin, TX. 78711

{ Reply Back
Please ? }

    Greeting, Abel Acosta, I Received your
Business card, Post marked Jan-29-2015 On
Feb-4-2015. But I Didn't Receive Any Copies
OF ~~a~~ Criminal Judge, Michael Snipes ORDER
Denying The State's PROPOSED Findings,
And The State's RESPONSE To Applicant's
Application, 11.07. Cause # W14-51103-y(A),
AS Required under Tex. Crim. proc. code ~~Art Ann.~~
art. 11.07. ~~Fact #~~ Writ # WR-30,402-14.

    And I Know ~~on~~ In This same Article, 11.07,
under Tex. Criminal proc. code. Ann. art 11.07
3(d). IF The convicting Court "DECIDES" There
Are CONTROVERTED, previously unRESOLVED facts
Which Are material To The "LEGALITY" OF The
Applicant's Confinement, It SHALL Enter An ORDER
Within 20-Day's OF The Expiration OF The Time
Allowed For The State To Reply, Designating
The ISSUES OF Facts ToBe Resolved. FAILURE
OF THE COURT To ACT WITHIN THE ALLOWED 20-
DAY's SHALL CONSTITUTE SUCH A FINDING.

CC: District Clerk,
    Dallas county Court #7
    Judge Michael R. Snipes
    Date Feb-17-2015

Larry L. Robinson
Signature 1955575
T.D.C.#